## THOMAS EASTMAN *vs.* NATHAN CROSBY.

A payment of corporate debts by a stockholder in a foreign corporation will be deemed to have been voluntary, in the absence of proof that he was legally liable therefor.

CONTRACT. The declaration set forth that in February 1853 the plaintiff, the defendant, J. C. Dodge and Alanson Tucker, Jr. were the owners of the shares of the Belknap Manufacturing Company, a corporation established in New Hampshire ; that they then agreed in writing that the plaintiff and the defendant should take the mill property " and pay the debts ; " that afterwards, in September of that year, the defendant purchased of the plaintiff all of the shares, and agreed in writing with the plaintiff " to hold him harmless from the payment of any and all debts and liabilities of said company ; " that the corporation was indebted to one Melcher, who commenced an action and recovered judgment against them, and levied his execution upon property of Tucker; that, to avoid a suit by Tucker, the plaintiff h⸱s paid to him the amount for which his property was taken ; and that the defendant has refused to reimburse him therefor, though requested.

At the trial in the superior court, before *Morton*, J., the plaintiff introduced in evidence the above agreements, and proved the recovery of the judgment by Melcher and the levy of his execution, together with the payment to Tucker by himself, as

alleged, and rested.; and thereupon the judge ruled that the pay-
ment by the plaintiff was in law voluntary, and that he could
not recover in this action. The jury accordingly returned a ver-
dict for the defendant, and the plaintiff alleged exceptions.

*R. B. Caverly*, for the plaintiff.

*T. H. Sweetser*, for the defendant.

HOAR, J. There are not facts enough reported in this bill of
exceptions to show that, by the laws of New Hampshire, Tucker
and Dodge were liable to pay this debt, or that Eastman was
liable to pay it to them. Such may have been the fact; but it
is for the party excepting to cause such facts to appear in evi-
dence, and to be reported in the bill of exceptions, as will show
that the ruling at the trial was wrong, if he expects to avail
himself of them No judgment was recovered against Tucker,
and the evidence does not show that he was liable for the debt
of the Belknap Company, or that the execution against the com-
pany could be lawfully levied upon his land. This court do not
take official cognizance of the laws of other states, and they are
to be proved as facts by parties who rely upon them.

It not appearing that Tucker was bound to pay the debt to
Melcher, or liable for it in any manner, there is nothing to show
that he had any lawful claim against Eastman, or that East-
man's payment to him was not voluntary.

*Exceptions overruled.*